continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

Angelo MAIETTA, Plaintiff—Appellant,

v.

**WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, Defendant—Appellee.**

No. 05–55865.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Angelo Maietta, Henderson, NV, pro se.

R. Bradford Huss, Esq., Clarissa A. Kang, Esq., Trucker & Huss, San Francisco, CA, for Defendant–Appellee.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

Our review of appellant's opening brief and response to the court's October 19, 2005 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

Renato Avelardo Rodriguez ROSALES; et al., Petitioners,

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–72804.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Renato Avelardo Rodriguez Rosales, Orange, CA, pro se.

Maribel Rodriguez Mendez, Orange, CA, pro se.

Wendy Elizabeth Rodriguez Mendes, Orange, CA, pro se.

Alvia Alejandra Rodriguez Mendez, Orange, CA, pro se.

Renato Avelardo Rodriguez Mendez, Orange, CA, pro se.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

## MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted as to petitioners Elvia Rodriguez Mendez and Renato Rodriguez Mendez because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied. *See* 8 U.S.C. § 1229b(b).

Respondent's unopposed motion to dismiss this petition for review for lack of jurisdiction as to the remaining petitioners is granted. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir.2002).

The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall

continue in effect until issuance of the mandate.

All other pending motions are denied as moot.

**DISMISSED in part and DENIED in part.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

